# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., *Plaintiffs,* v. AMAZON.COM, INC. and AMAZON DIGITAL SERVICES, INC., *Defendants.* | Civil Action No. 2:16-cv-00570-RWS Consolidated Lead Case **JURY TRIAL DEMANDED** |
| VALVE CORPORATION, *Defendant.* | Civil Action No. 2:16-cv-00575-RWS Consolidated Member Case |

## JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (ii), Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Valve Corporation ("Valve"), have agreed to settle this matter, and therefore stipulate and agree to dismiss all claims by Uniloc against Valve with prejudice, as follows:

1. Any and all claims by Uniloc against Valve are dismissed with prejudice.

2. Uniloc and Valve shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Valve should be denied as moot.

4. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Dated: December 22, 2016           Respectfully submitted,

*By: /s/James L. Etheridge*
James L. Etheridge

    Texas State Bar No. 24059147
    Ryan S. Loveless
    Texas State Bar No. 24036997
    Brett A. Mangrum
    Texas State Bar No. 24065671
    ETHERIDGE LAW GROUP, PLLC
    2600 E. Southlake Blvd., Suite 120 / 324
    Southlake, Texas 76092
    Telephone: (817) 470-7249
    Facsimile: (817) 887-5950
    jim@etheridgelaw.com
    ryan@etheridgelaw.com
    brett@etheridgelaw.com
    ***Counsel for Plaintiffs***

By: */s/Melissa Richards Smith*
Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile:903-934-9257
melissa@gillamsmithlaw.com

B. Trent Webb
Patrick A. Lujin
Mary Jane Peal
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: 816-474-6550
Facsimile: 816-421-5547
bwebb@shb.com
plujin@shb.com
mpeal@shb.com

Tanya Lynn Chaney
Shook Hardy & Bacon LLP
600 Travis Street
Suite 3400
Houston, TX 77002-2926
Telephone: 713-546-5632
Facsimile: 713-227-9508
tchaney@shb.com

***Attorneys for Valve Corporation***

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on December 22, 2016.

>*/s/ James L. Etheridge*
>James L. Etheridge